■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN RICHARDSON, Appellant. [899 NYS2d 683]—Judgment

unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, John L. Michalski, J.—Criminal Possession of a Weapon, 2nd Degree). Present—Scudder, P.J., Martoche, Fahey, Gorski and Green, JJ.